UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6:19-CR-013-CHB-01 |
| | ) | |
| v. | ) | |
| | ) | **ORDER ADOPTING** |
| RONNIE E. JOHNSON, II, | ) | **RECOMMENDED DISPOSITION** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Magistrate Judge Ingram's Recommended Disposition ("Recommendation") following the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence filed by Petitioner Ronnie E. Johnson. [R. 68; R. 72; R. 73]

The Magistrate Judge entered his Recommendation on July 8, 2020. [R. 73]  The Recommendation advised the Parties that any objections must be filed within fourteen (14) days. [*Id.* p. 11].  The time to file objections has passed, and neither Party has filed any objections to the Recommendation nor sought an extension of time to do so. *See id.*; 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).  Therefore, the Parties have waived the right to object to the Recommendation. *Id.*

Generally, this Court must make a *de novo* determination of those portions of the Recommendation to which objections are made. 28 U.S.C. § 636(b)(1). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985).  Parties who fail to object to a Magistrate Judge's Recommended Disposition are also

- 1 -

barred from appealing the District Court's Order adopting that Recommended Disposition. *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017); *United States v. Walters*, 638 F.2d 947, 949- 50 (6th Cir. 1981).  Still, the Court has reviewed the petition, response, and the Recommendation.  The Court agrees with the Recommendation and will adopt it in full.

Therefore, and with the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.      The Magistrate Judge's Recommended Disposition [**R. 73**] is **ADOPTED** as the Opinion of this Court.

2.       Petitioner Ronnie E. Johnson's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence **[R. 68, 72]** is **DENIED WITH PREJUDICE**.  All dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

This the 24th day of July, 2020.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY